UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-98-2D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AARON NATHANIEL COOKE | ORDER |

On motion of the Defendant, Aaron Nathaniel Cooke, and for good cause shown, it is hereby ORDERED that the Sentencing Memorandum at Docket Entry #46 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and the United States Probation Officer.

IT IS SO ORDERED.

This the __12__ day of August, 2016.

JAMES C. DEVER, III
Chief United States District Judge